**Richard GRAVELY, Petitioner—Appellant,**

v.

**State of WEST VIRGINIA, Respondent—Appellee.**

No. 09–6770.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2009.

Decided: Oct. 21, 2009.

Richard Gravely, Appellant Pro Se.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Gravely appeals the district court's order accepting the recommendation of the magistrate judge and denying his petition for a writ of coram nobis. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gravely v. West Virginia,* No. 2:09–cv–00112 (S.D.W.Va. Apr. 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*